October 7, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

JOHNNY COLLUMS AND TINA COLLUMS, Appellants

NO. 14-13-01132-CV                    V.

FORD MOTOR COMPANY, Appellee

_____

This cause, an appeal from the summary judgment in favor of appellee Ford Motor Company, signed September 25, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the summary judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee Ford Motor Company.

We further order this decision certified below for observance.